# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Renato Gonzalez Gastelum, | No. CV-26-02596-PHX-KML (JZB) |
| Petitioner, | **ORDER** |
| v. | |
| Eric Rokosky, et al., | |
| Respondents. | |

On April 15, 2026, Petitioner filed this action under § 2241 challenging his immigration detention. (Doc. 1.)  The Court ordered Respondents to show cause why the Petition should not be granted. (Doc. 5.)  Respondents' response indicates Petitioner was released from immigration detention.  (Doc. 7.)  Because Petitioner is no longer in custody, the petition is moot.  *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007).  The Court will therefore dismiss this action as moot.

**IT IS THEREFORE ORDERED** Petitioner's Petition under 28 U.S.C. § 2241 (Doc. 1) and this case are dismissed as moot. All pending motions are denied and the Clerk of Court must enter judgment accordingly and close this case.

Dated this 29th day of April, 2026.

Honorable Krissa M. Lanham
United States District Judge